Kevin W. Terrell
Name
17593-028
Prison Number
USP Atwater
P.O. Box 019001
Atwater, CA 95301
Address or Place of Confinement

FILED
MAR 16 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RECEIVED
MAR 16 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Kevin WRAY Terrell
Full Name (First, Middle, Last)

Petitioner,

vs.

Warden Trate
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:22-CV-00305 BAK (HC)
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. ✓ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

(1) Place of detention: **Atwater USP**

(2) Name and location of court which imposed sentence: **US Dist. Court For Southern West-Virginia Beckley, WV 25801**

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
**18 USC 922(g) 924(a)**

(4) The date the sentence was imposed and the terms of the sentence:
**January 7, 2016    100 Month**

(5) What was your plea (check one):    Not guilty ( )    Guilty (✓)    Nolo contendere ( )

(6) Kind of trial (check one):    Jury ( )    Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:    Yes ( )    No (✓)

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: **N/A**
Grounds raised (list each):
1) **N/A**
2) **N/A**
Result/Date of result: **N/A**

SECOND APPEAL:
Name of court: **N/A**
Grounds raised (list each):
1) **N/A**
2) **N/A**
Result/Date of result: **N/A**

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

CAUTION:    If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

→ GROUND ONE **Due Process Violation**

# Incident Report
# OHO- 330582

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Violation of Wolff V. McDonnell, 418 U.S. 539
A Written Statement of the Reason For Being Found Guilty was never was given and this is a practice of the Agency To prevent Appeal process.
See - Maurice Alyn Mickling, SR V. Warden H. Quay (3rd Cir.)
[Case # 3:19-cv-01916]

GROUND TWO ___ Due Process Violation

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).  (@ Butner FCI 2)
The Agency, Specifically (USP Atwater)'s Fabrications written Statement, Not Sing OHO Report that Clearly Show's Vilation of due process Vilation. per BoP Records Disposition Records.
No Appel can be Filled with out OHO Report I have waited More than 1 year and 10 month to resive it I'm not Required to ask for it is mandatory to Recive it, it was Never delivered to me See ___ Central File

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )   No (✓)   If your answer is no, explain why not: Exhaustion May Be Excused if the Actions of the Agency Unambigously Vilats Statutory or constitional Right
If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL       Level of appeal: N/A
Grounds raised (list each):
  1) N/A
  2) N/A
Result/Date of result: N/A

SECOND ADMINISTRATIVE APPEAL       Level of appeal: N/A
Grounds raised (list each):
  1) N/A
  2) N/A
Result/Date of result: N/A

THIRD ADMINISTRATIVE APPEAL       Level of appeal: N/A
Grounds raised (list each):

1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

FOURTH ADMINISTRATIVE APPEAL    Level of appeal: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

(11) Is the grievance process completed?    Yes ( )    No (✓)

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )    No (✓)

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: _N/A_
Nature of proceeding: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

SECOND PREVIOUS PETITION
Name of court: _N/A_
Nature of proceeding: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
_28 USC 2255 are not the Vehicl to Bring issues concerning prison Condition, Even if the Claim Effect ones Sentence Such as Reduction of good time Conduct_

(15) Are you presently represented by counsel?

Yes ( )          No (✓)

If so, provide your attorney's name, address, and telephone number:
N/A

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

~~Yes ( )~~          ~~No ( )~~

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding. Expungement of Incident Report #330582 and Restoration of Good Conduct time credit.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

02-18-2022
(Date)

(Signature of Petitioner)

_____
(Signature of Attorney, if any)